|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 24 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AXON ENTERPRISE, INC., a Delaware corporation,

        Plaintiff-Appellant,

 v.

FEDERAL TRADE COMMISSION, a federal administrative agency; et al.,

        Defendants-Appellees.

No. 20-15662

D.C. No. 2:20-cv-00014-DWL
District of Arizona,
Phoenix

ORDER

Before: OWENS and BENNETT, Circuit Judges.

The unopposed motion to expedite (Docket Entry No. 7) is granted.

The opening brief is due May 1, 2020. The answering brief is due June 1, 2020. The optional reply brief is due June 15, 2020.

The Clerk will place this appeal on the calendar for July 2020. *See* 9th Cir. Gen. Order 3.3(g).

AC/MOATT