# FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AXON ENTERPRISE, INC., a Delaware corporation,

                Plaintiff-Appellant,

  v.

FEDERAL TRADE COMMISSION, a federal administrative agency; JOSEPH J. SIMONS, in his official capacity as Commissioners of the Federal Trade Commission; NOAH PHILLIPS, in his official capacity as Commissioners of the Federal Trade Commission; ROHIT CHOPRA, in his official capacity as Commissioners of the Federal Trade Commission; REBECCA SLAUGHTER, in her official capacity as Commissioners of the Federal Trade Commission; CHRISTINE WILSON, in her official capacity as Commissioners of the Federal Trade Commission,

                Defendants-Appellees.

No.   20-15662

D.C. No. 2:20-cv-00014-DWL
District of Arizona,
Phoenix

ORDER

Before:  SILER,* LEE, and BUMATAY, Circuit Judges.

In response to appellant's motion to stay the Federal Trade Commission

administrative trial set to begin on October 13, 2020 (Docket Entry No. 38), we

---

     *    The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

grant a temporary stay of the order to preserve the status quo pending consideration

of the appeal on the merits. See *Nken v. Holder*, 556 U.S. 418, 433-34 (2009).