**FILED**

MAY 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware corporation,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>FEDERAL TRADE COMMISSION, a federal administrative agency; et al.,<br><br>　　　　Defendants-Appellees. | No.　20-15662<br><br>D.C. No. 2:20-cv-00014-DWL<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: SILER,[*] LEE, and BUMATAY, Circuit Judges.

The judgment of this court, 986 F.3d 1173, is reversed, and the case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Axon Enter., Inc. v. Fed. Trade Comm'n*, No. 21-1239, 2023 WL 2938328, at *1 (U.S. Apr. 14, 2023).

---

[*]　The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.